COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Marvinell Harlan v. Texas Workforce Commission, Appeal Tribunal, Hearing Officer J. Koehn, Hearing Officer J. Lawrence, and Commissioners Hope Andrade and Andres Alcantar

Appellate case number:    01-17-00849-CV

Trial court case number:   2015-11049

Trial court:            190th District Court of Harris County

On August 7, 2018, this Court dismissed the appeal for want of jurisdiction. *See Harlan v. Tex. Workforce Comm'n*, No. 01-17-00849-CV, 2018 WL 3737639 (Tex. App.—Houston [1st Dist.] Aug. 7. 2018, no pet. h.) (mem. op.). A motion for rehearing was due by August 22, 2018. *See* TEX. R. APP. P. 49.1. Appellant, Marvinell Harlan, filed two motions for an extension of time to file a motion for rehearing. The motions were granted, and a motion for rehearing was due no later than October 12, 2018. *See* TEX. R. APP. P. 49.8. Harlan has filed a third motion to extend time, requesting a forty-day extension to file a motion for rehearing. The motion is **granted in part**. Appellant's motion for rehearing is due to be filed no later than **November 12, 2018**. **No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

                      ☒ Acting individually    ☐ Acting for the Court

Date: October 25, 2018